**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x
DEVIN FERNANDEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

        -against-

FATFACE CORPORATION,

        Defendants.
―――――――――――――――――――――――x

Civil Action No.

1:24-cv-7712

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Devin Fernandez, and Defendant, Fatface Corporation, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 6, 2025

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: /s/ Jonathan M. Sabin

Jonathan M. Sabin, Esq.
   *Attorneys for Defendant*
Kane Kessler, P.C.
600third Avenue
Ste 35th Floor
New York, NY 10016
T : 212-519-5113
Jsabin@kanekessler.com